

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-16-00152-CR

| | | |
|---|---|---|
| Charles Raymond Sprague | § | From Criminal District Court No. 3 |
| | § | of Tarrant County (1410892D) |
| v. | § | April 27, 2017 |
| | § | Opinion by Justice Meier |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in one of the trial court's judgments. We vacate the trial court's judgment on Count Two.  It is ordered that the remaining trial court's judgment is affirmed.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bill Meier
Justice Bill Meier